IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



CHARLES ANTONIO WILLIAMS,
A MINOR, BY AND THROUGH HIS
MOTHER AND NEXT FRIEND,
MARILYN WILLIAMS WASHINGTON                                          PLAINTIFF

VERSUS                                    CIVIL ACTION NO.: 3:06CV458HTW-LRA

NORTHWEST PLAZA ASSOCIATES, LTD.,
AN ALABAMA LIMITED PARTNERSHIP,
NORTHWEST PLAZA APARTMENTS AND
JOHN/JANE DOES 1-5                                                   DEFENDANTS

## ORDER REMANDING CASE TO STATE COURT

This date, this cause came to be heard on the agreed motion of the parties to remand this case to state court, and the Court, being advised in the premises, and being further advised that Plaintiff has stipulated that he is not seeking nor will he accept more than $75,000 in damages, finds that the motion is well taken and should be sustained.

IT IS, THEREFORE, ordered and adjudged that the amount in controversy in this case does not meet the federal jurisdictional limit of $75,000 for diversity cases, and that this cause is hereby remanded to County Court of the First Judicial District of Hinds County, Mississippi.

SO ORDERED AND ADJUDGED, this the _18th_ day of _September_, 2006.

_____
United States District Judge

Agreed to:

*[signature]*

William M. Vines
Attorney for Defendants

*[signature]*

Rhonda C. Cooper
Attorney for Plaintiff

Civil Action No. 3:06-cv-458 HTW-LRA
Order Remanding Case to State Court